USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAMIE MITCHELL,

                    Petitioner,

        -against-

SUPT. MARK MILLER,

                    Respondent.

21-CV-4744 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has received Petitioner's letter dated May 24, 2022.  Dkt. No. 17.  The Court notes that this case has been referred to Magistrate Judge James L. Cott for general pretrial, and general scheduling matters should be addressed to Judge Cott in this first instance.  The Court also notes that Respondent filed a motion to dismiss Petitioner's petition as untimely on May 31, 2022, which Petitioner should soon receive.

The Clerk Of Court is ordered to send a copy of this order to Petitioner via certified mail.

SO ORDERED.

Dated:    June 1, 2022
        New York, New York

_____
GREGORY H. WOODS
United States District Judge