```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAMIE MITCHELL,

                        Petitioner,

      -against-

SUPT. MARK MILLER,

                        Respondent.

1:21-cv-4744-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has received Petitioner's letter dated January 3, 2023. Dkt. No. 26. Petitioner's deadline to file an objection to the report and recommendation (Dkt. No. 25) is extended to January 26, 2023.

The Clerk of Court is ordered to send a copy of this order to Petitioner via certified mail.

SO ORDERED.

Dated: January 5, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge